# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of

MSN/Hotmail
1065 La Avenida, SVC4/1120
Mountain View, California



FILED
07 AUG -1 AM 8:32

ORDERED SEALED BY COURT
UNSEALED AS OF 11/15/07  BY: _____ DEPUTY

**SEARCH WARRANT**

CASE NUMBER: '07 MJ 1728

TO: <u>Any Special Agent of U.S. Immigration and Customs Enforcement</u> and any Authorized Officer of the United States

Affidavit(s) having been made before me by ___Michael B. Cochran_____
who has reason to believe that ☐ on the person or ☒ on the premises known as

MSN/Hotmail
1065 La Avenida, SVC4/1120
Mountain View, California *(as also described on Attachment A)*

in the Northern District of California, there is now concealed a certain person or property, namely

**SEE ATTACHMENT B**

which is the evidence concerning a violation of Title <u>22</u> United States Code, Section(s) <u>2778(b)(2) and (c) and 22 CFR 127.1(a)(3) and 18 U.S.C. § 554</u>.

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before  7/28/7
                                                       Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 a.m. to 10:00 p.m.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the issuing U.S. Magistrate Judge, as required by law.

7/18/7 @ 3:30 pm                                at          San Diego, CA
Date/Time issued

**United States Magistrate Judge**
Name and Title of Judicial Officer                           Signature of Judicial Officer

| RETURN | | |
|---|---|---|
| **DATE WARRANT RECEIVED** | **DATE AND TIME WARRANT EXECUTED** | **COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH** |
| July 18, 2007 | July 18, 2007 4:12pm | |

**INVENTORY MADE IN THE PRESENCE OF:** Sa Matt Murphy

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

1 Compact disc which contained email content for MSN/Hotmail email account Chinaman32c@hotmail.com

---

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

*[signature]* 8/1/07

Subscribed, sworn to, and returned before me this date.

*[signature]* 8/1/2007
U.S Judge or Magistrate / Date

## ATTACHMENT A

MSN/Hotmail is an email service provider located at 1065 La Avenida, SVC4/1120, Mountain View, California.

## ATTACHMENT B

I. **Service of Warrant and Copying of Files by MSN/Hotmail**

The following procedures shall govern the service and execution of this warrant:

A. The officer executing this warrant shall complete service by any lawful method including faxing the warrant (with MSN/Hotmail's consent) to the location described on Attachment A.

B. The officer executing this warrant shall permit MSN/Hotmail, as custodian of the computer files described in Section II below, to locate the files, copy them onto removable electronic storage media or print them out as paper copies and deliver the copies to the officer, who need not be present during this process at the location specified in the warrant.

II. **Computer Files to be Copied and Delivered by MSN/Hotmail**

All subscriber information, user information, electronic mail (email) sent or received, drafts, images, text messages, profiles, methods of payment, billing records, access logs, and histories associated with the following user name and/or email account: chinaman326@hotmail.com.

III. **Search of the Date Supplied**

Following receipt of the files described in Section II of this attachment, the contents will be analyzed by federal law enforcement agents to identify communications and other data falling with the following categories:

A. Any and all files, documents, items, drafts and records referring to, or concerning, Endevco, accelerometers, 7270A-200K, or Qing Li;

B. Any and all files, documents, items, drafts and records referring to, or concerning, exports, export licenses, or international shipments from the United States of accelerometers or other defense articles; and

C. Any and all files, documents, items, drafts and records that show dominion and control of email account chinaman326@hotmail.com

which evidence will tend to prove the commission of violations of 22 U.S.C. § 2778(b)(2) and (c) and 22 CFR 127.1 and 18 U.S.C. § 554. Such data will be copied to separate media. The original media will be sealed and maintained solely for purposes of establishing authenticity, if necessary.