ORIGINAL

FILED

07 NOV 15 PM 4: 07

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  KAREN P. HEWITT
   United States Attorney
2  WILLIAM P. COLE (SBN 186772)
   Assistant U.S. Attorneys
3  United States Courthouse
   880 Front Street, Room 6293
4  San Diego, California  92101-8800
   Telephone:  (619) 557-7859
5
   Attorneys for Plaintiff
6  United States of America

7
                    UNITED STATES DISTRICT COURT
8
                  SOUTHERN DISTRICT OF CALIFORNIA
9

10   IN THE MATTER OF THE        )    Case No. 07MJ1728
     SEARCH OF:                  )
11                               )
     MSN/HOTMAIL                 )    MOTION TO UNSEAL
12   1065 La Avenida, SVC4/1120  )    AND ORDER THEREON
     Mountain View, California   )
13                               )
     _____ )
14

15       The plaintiff, UNITED STATES OF AMERICA, by and through its

16  counsel, Karen P. Hewitt, United States Attorney, and William P.

17  Cole, Assistant United States Attorney, hereby moves this Court

18  to unseal the search warrant application and affidavit in the

19  above-referenced case, sworn before the Court on July 18, 2007,

20  so that the application and affidavit will be available to the

21  defendant in United States v. Qing Li, 07-CR-2915.  Defendant

22  //

23  //

24  //

25  //

26  //

27  //

28  //

1  Qing Li was a subject of the investigation described in the

2  aforementioned application and affidavit.

3  DATED: November 15, 2007                    KAREN P. HEWITT
                                             United States Attorney
4

5

6                                            WILLIAM P. COLE
                                             Assistant U.S. Attorney

7

8                                    ORDER

9      Good cause appearing, IT IS HEREBY ORDERED that the search

10 warrant application and affidavit in Case No. 07MJ1728 be

11 unsealed.

12     ___11-15-07___
      DATED

13

14                                           HONORABLE NITA L. STORMES
                                             United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27                                    2

28                                                          07MJ1728